ACCEPTED
15-25-00021-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/30/2025 3:10 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00021-CV

_____

In the Fifteenth Court of Appeals
Austin, Texas

_____

PFIZER INC. and TRIS PHARMA, INC.,

Appellants,

v.

The STATE OF TEXAS and TARIK AHMED,

Appellees.

_____

On appeal from the 71st Judicial District Court, Harris County, Texas
No. 23-1031

_____

## Unopposed Motion of Appellants to Extend Briefing Deadline

_____

Appellants Pfizer Inc. ("Pfizer") and Tris Pharma Inc. ("Tris") have a deadline of June 16, 2025, to file their principal brief, and they request a 20-day extension of that deadline, making the new deadline Monday, **July 7, 2025**.

This is a permissive appeal from the trial court's order denying a motion to dismiss under Texas Rule of Civil Procedure 91a. This Court granted leave to appeal on April 29, 2025, and the complete record on appeal was filed as of May 26, 2025. This is an expedited/accelerated appeal, so the appellants' principal brief is due June 16, 2025. Tex. R. App. P. 28.1(a), 38.6(b); Tex. Civ. Prac. & Rem. Code § 51.014(f).

This Court can extend that deadline. Tex. R. App. P. 38.6(d). Appellants seek a 20-day extension of that deadline, which would make the new briefing deadline **July 7, 2025**. *See* Tex. R. App. P. 4.1(a).

This is Appellants' first request to extend this deadline. Appellants seek this relief because of conflicting deadlines in the trial court action below, *State ex rel. Ahmed v. Pfizer Inc.*, No. 23-1031 (71st Dist. Ct., Harrison Cnty., Tex.), including significant discovery and motions practice last week and a mediation between the parties taking place on May 30, 2025.

Appellants spent most of April and May 2025 preparing for depositions and ensuring compliance with discovery deadlines before the close of fact discovery. Indeed, just since this Court granted leave for this appeal, the parties have taken four depositions and have filed, briefed, and argued in the trial court a motion to stay and multiple motions to compel discovery.

Moreover, as they did with their joint request for this Court to accept their appeal, the Appellants intend to file a single principal brief for the convenience of the Court and the parties. Filing such a joint brief requires additional time for the parties and their counsel to coordinate and ensure alignment between their interests, and a 20-day extension thus facilitates an efficient resolution of this matter.

Counsel for Pfizer conferred on May 29, 2025, with counsel for the State of Texas regarding the request herein; the State will not oppose this request for relief.

Wherefore, Appellants ask this Court to extend to **July 7, 2025**, the deadline for the filing of the principal brief of the appellants herein.

Respectfully submitted,

/s/ Harry L. Gilliam, Jr.

Harry "Gil" Gillam, Jr.
Texas Bar. No. 07921800
Tom Gorham
Texas Bar. No. 24012715
Gillam & Smith LLP
303 S. Washington Ave.
Marshall, Texas 75670
gil@gillamsmithlaw.com
tom@gillamsmithlaw.com
Tel: 903.934.8450

William E. Lawler III
D.C. Bar No. 398951
Blank Rome LLP
1825 Eye Street NW
Washington, D.C. 20006
wlawler@blankrome.com
Tel: 202.420.5460

Huaou Yan
Blank Rome LLP
One Logan Square 130 North 18th
Street Philadelphia, PA 19103
huaou.yan@blankrome.com
Tel: 215.569.5449

**Counsel for Tris Pharma, Inc.**

/s/ Edward D. Burbach

Edward D. ("Ed") Burbach
Texas Bar No. 03355250
Stacy R. Obenhaus
Texas Bar No. 15161570
Foley & Lardner LLP
600 Congress, Suite 2900
Austin, Texas 78701
eburbach@foley.com
sobenhaus@foley.com
Tel: 512.542.7070

Samantha Barrett Badlam
(admitted *pro hac vice*)
Stefan P. Schropp
(admitted *pro hac vice*)
Ropes & Gray LLP
2099 Pennsylvania Ave., N.W.
Washington, D.C. 20006-6807
samantha.badlam@ropesgray.com
stefan.schropp@ropesgray.com
Tel: 202.508.4734

George Valton ("Val") Jones
Texas Bar No. 10888050
The Val Jones Law Firm
109 West Austin St.
Marshall, Texas 75670-3340
val@valjoneslaw.com
Tel: 903.927.2220

**Counsel for Pfizer Inc.**

## Certificate of Conference

I certify that Stefan Schropp, counsel for Pfizer, has conferred by email with Jonathan Bonilla, counsel for the State, regarding the relief requested in this motion, and Mr. Bonilla indicated the State will not oppose this request for relief.

/s/ Edward D. Burbach
Edward D. ("Ed") Burbach

## Certificate of Service

I certify that a copy of this document was served on all counsel of record via fileandservetexas.com in accordance with the Texas Rules of Appellate Procedure upon filing this document on May 30, 2025:

Counsel for State of Texas:
Jonathan D. Bonilla
Jordan Underhill
Jessica L. Weltge
Vivian I. Egbu
Office of the Attorney General
PO Box 12548, Capitol
Station Austin, Texas 78711
Jonathan.Bonilla@oag.texas.gov
Jordan.Underhill@oag.texas.gov
Jessica.Weltge@oag.texas.gov
Vivian.Egbu@oag.texas.gov

Counsel for Tarik Ahmed:
Jason T. Brown
111 Town Square Place, Suite 400
Jersey City, NJ 07310
jtb@jtblawgroup.com

Michael E. Jones
102 North College, Suite 900
Tyler, Texas 75702
mikejones@potterminton.com

E. Glenn Thames, Jr.
102 North College, Suite 900
Tyler, Texas 75702
glennthames@potterminton.com

/s/ Stacy R. Obenhaus
Stacy R. Obenhaus

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kristin Hernandez on behalf of Stacy Obenhaus
Bar No. 15161570
kristin.hernandez@foley.com
Envelope ID: 101450590
Filing Code Description: Motion
Filing Description: Unopposed Motion of Appellants to Extend Briefing Deadline
Status as of 5/30/2025 3:26 PM CST

Associated Case Party: Tarik Ahmed

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Earl Thames | 785097 | Glennthames@potterminton.com | 5/30/2025 3:10:46 PM | SENT |
| Jason T.Brown | | jtb@jtblawgroup.com | 5/30/2025 3:10:46 PM | SENT |
| Patrick S.Almonrode | | patalmonrode@jtblawgroup.com | 5/30/2025 3:10:46 PM | SENT |
| Michael E.Jones | | mikejones@potterminton.com | 5/30/2025 3:10:46 PM | SENT |

Associated Case Party: Tris Pharma Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Harry Gillam | 7921800 | gil@gillamsmithlaw.com | 5/30/2025 3:10:46 PM | SENT |
| Andrew Gorham | 24012715 | tom@gillamsmithlaw.com | 5/30/2025 3:10:46 PM | SENT |
| William E.Lawler, III | | william.lawler@blankrome.com | 5/30/2025 3:10:46 PM | SENT |
| M'Liss Hindman | | mliss.hindman@blankrome.com | 5/30/2025 3:10:46 PM | SENT |
| Bobbye Pyke | | Bobbye.Pyke@blankrome.com | 5/30/2025 3:10:46 PM | SENT |
| Huaou Yan | | huaou.yan@blankrome.com | 5/30/2025 3:10:46 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@oag.texas.gov | 5/30/2025 3:10:46 PM | SENT |
| Jordan Underhill | 24102586 | jordan.underhill@oag.texas.gov | 5/30/2025 3:10:46 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 5/30/2025 3:10:46 PM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 5/30/2025 3:10:46 PM | SENT |

Associated Case Party: Pfizer Inc.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kristin Hernandez on behalf of Stacy Obenhaus
Bar No. 15161570
kristin.hernandez@foley.com
Envelope ID: 101450590
Filing Code Description: Motion
Filing Description: Unopposed Motion of Appellants to Extend Briefing Deadline
Status as of 5/30/2025 3:26 PM CST

Associated Case Party: Pfizer Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stacy Obenhaus | | sobenhaus@foley.com | 5/30/2025 3:10:46 PM | SENT |
| Stefan Schropp | | stefan.schropp@ropesgray.com | 5/30/2025 3:10:46 PM | SENT |
| Samantha BarrettBadlam | | samantha.badlam@ropesgray.com | 5/30/2025 3:10:46 PM | SENT |
| Edward Burbach | | eburbach@foley.com | 5/30/2025 3:10:46 PM | SENT |
| George Valton | | val@valjoneslaw.com | 5/30/2025 3:10:46 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 5/30/2025 3:10:46 PM | SENT |
| Pfizer Case Team | | QXRTXQuiTamAssociates&Paralegals@ropesgray.com | 5/30/2025 3:10:46 PM | ERROR |
| Lit Docket MCO | | LitDocketInformationGovernance@ropesgray.com | 5/30/2025 3:10:46 PM | SENT |

Associated Case Party: WolfgangP.Hirczy de Mino

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Wolfgang PHirczy de Mino | | wphdmphd@gmail.com | 5/30/2025 3:10:46 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diana Arias | | diana@gillamsmithlaw.com | 5/30/2025 3:10:46 PM | SENT |
| Rosa Ferguson | | rosa@gillamsmithlaw.com | 5/30/2025 3:10:46 PM | SENT |
| Olivia Arias | | olivia@gillamsmithlaw.com | 5/30/2025 3:10:46 PM | SENT |